IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES CHAPMAN,**

    Plaintiff,

vs.                               CASE NO. 5:10-cv-278/RS-EMT

**CORRECTIONS CORPORATION
OF AMERICA, a foreign corporation
doing business in Florida.**

    **Defendant.**
_____/

## ORDER

Before me is the Stipulation of Voluntary Dismissal With Prejudice (Doc. 26).

Pursuant to N.D. Fla. Loc. 16.2 it is ordered:

1. The case is **dismissed with prejudice**

2. The clerk is directed to close the case.

**ORDERED** on February 11, 2011

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**